RECEIPT # 751 68
AMOUNT $ 350.00
SUMMONS ISSUED ✓
LOCAL RULE 4.1 —
WAIVER FORM —
MCF ISSUED —
BY DPTY. CLK. *[signature]*
DATE 9/20/2006

UNITED STATES FEDERAL DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 SEP 20  A 11: 05

DISTRICT COURT
DISTRICT OF MASS.

Craig A. Green,
   Plaintiff

Vs.

Joshua Fishbein
Malcolm P. Bennett
April J. Sutton
Thomas P. Reilley, Attorney General – indispensable party
Mitt Romney, Governor of Massachusetts – indispensable party
Alan Lebovidge, Commissioner
   Defendants Etal

06 CA 11693 EFH

MAGISTRATE JUDGE *[signature]*

### COMPLAINT

This is an action of complaint being brought against the Defendants Etal in the amount of One Hundred Million Dollars ($100,000,000.00) by demand for violation of Plaintiff's 5th Amendment Rights to due process U.S.C. A., Constitution Amendment 5, and for violation of Plaintiff's civil rights pursuant to Title 42 USC Section 1983, Section 1985 (3), and Section 2000A-2 racial discrimination, conspiracy, deprivation of rights and privileges. The Defendants, Etal have constituted an actual act of conspiracy joined together as a party by way of fraud and collusion to defraud from paying Plaintiff his 1995, 1996, and 1997 federal income tax returns.

Plaintiff is requesting and demanding a trial by jury in the above-entitled action.

### PARTIES

Plaintiff

  Craig A. Green
  1551 Center Street
  Roslindale, MA  02131

Defendants, Etal.

  Joshua Fishbein
  239 Causeway Street, Suite 300
  Boston, MA  02114-2175

  Malcolm P. Bennett
  Internal Revenue Service
  Post Office Box 9112, Stop 41150
  JFK Post Office
  Boston, MA  02203

April J. Sutton
239 Causeway Street, Suite 300
Boston, MA   02114-2175

Thomas P. Reilley, indispensable party
Attorney General
McCormack Building
One Ashburton Place
Boston, MA   02108

Mitt Romney – indispensable party
Governor of Massachusetts
State House – Office of the Governor
Room 360
Boston, MA   02133

Alan Lebovidge, Commissioner
Post Office Box 9550
Boston, MA   02114-9550

## BACKGROUND

### Count 1

Plaintiff alleges and claims that the Defendants Etal withheld Plaintiff's December 1995 Federal Income Tax refunds in the amount of Four Thousand Twenty-four Dollars ($4,024.00), December 1996 Federal Income Tax refunds in the amount of Three Thousand Seven Hundred Sixty-nine Dollars ($3,769.00). December 1997 Federal Income Tax refunds in the amount of Three Thousand Six Hundred Fifty-eight Dollars ($3,658.00), before and without proper notice in writing and hearing. Plaintiff further alleges that the Defendants Etal have tampered with Plaintiff's Federal Income Tax refunds.

### Count 1

Plaintiff alleges and claims that the Defendants Etal withheld Plaintiff's December 1995 Federal Income Tax refunds in the amount of Four Thousand Twenty-four Dollars ($4,024.00), December 1996 Federal Income Tax refunds in the amount of Three Thousand Seven Hundred Sixty-nine Dollars ($3,769.00). December 1997 Federal Income Tax refunds in the amount of Three Thousand Six Hundred Fifty-eight Dollars ($3,658.00), before and without proper notice in writing and hearing. Plaintiff further alleges that the Defendants Etal have

tampered with Plaintiff's Federal Income Tax refunds.

### Count 1

Plaintiff alleges and claims that the Defendants Etal withheld Plaintiff's December 1995 Federal Income Tax refunds in the amount of Four Thousand Twenty-four Dollars ($4,024.00), December 1996 Federal Income Tax refunds in the amount of Three Thousand Seven Hundred Sixty-nine Dollars ($3,769.00). December 1997 Federal Income Tax refunds in the amount of Three Thousand Six Hundred Fifty-eight Dollars ($3,658.00), before and without proper notice in writing and hearing. Plaintiff further alleges that the Defendants Etal have tampered with Plaintiff's Federal Income Tax refunds.

### Count 2

Plaintiff claims and alleges that Defendants Etal withheld Plaintiff's December 1995 Federal Income Tax refunds in the amount of Four Thousand Twenty-four Dollars ($4,024.00), December 1996 Federal Income Tax refunds in the amount of Three Thousand Seven Hundred Sixty-nine Dollars ($3,769.00), December 1997 Federal Income Tax refunds in the amount of Three Thousand Six Hundred Fifty-eight Dollars ($3,658.00), claiming Plaintiff's child support payments were in arrears. Plaintiff's child support financial history clearly shows that weekly child support payments were not in arrears and were deducted weekly by Plaintiff's employer, the Massachusetts Bay Transportation Authority (MBTA).

### Count 2

Plaintiff claims and alleges that Defendants Etal withheld Plaintiff's December 1995 Federal Income Tax refunds in the amount of Four Thousand Twenty-four Dollars ($4,024.00), December 1996 Federal Income Tax refunds in the amount of Three Thousand Seven Hundred Sixty-nine Dollars ($3,769.00), December 1997 Federal Income Tax refunds in the amount of Three Thousand Six Hundred Fifty-eight Dollars ($3,658.00), claiming Plaintiff's child support payments were in arrears. Plaintiff's child support financial history clearly shows that weekly child support payments were not in arrears and were deducted weekly by Plaintiff's employer, the Massachusetts Bay Transportation Authority (MBTA).

### Count 2

Plaintiff claims and alleges that Defendants Etal withheld Plaintiff's December 1995 Federal

Income Tax refunds in the amount of Four Thousand Twenty-four Dollars ($4,024.00), December 1996 Federal Income Tax refunds in the amount of Three Thousand Seven Hundred Sixty-nine Dollars ($3,769.00), December 1997 Federal Income Tax refunds in the amount of Three Thousand Six Hundred Fifty-eight Dollars ($3,658.00), claiming Plaintiff's child support payments were in arrears. Plaintiff's child support financial history clearly shows that weekly child support payments were not in arrears and were deducted weekly by Plaintiff's employer, the Massachusetts Bay Transportation Authority (MBTA).

### Count 3

Plaintiff alleges that the Defendants Etal – Joshua Fishbein and Malcolm P. Bennett, made an agreement and conspired and withheld Plaintiff's December 1995 Federal Income Tax refunds in the amount of Four Thousand Twenty-four Dollars ($4,024.00), December 1996 Federal Income Tax refunds in the amount of Three Thousand Seven Hundred Sixty-nine Dollars ($3,769.00), December 1997 Federal Income Tax refunds in the amount of Three Thousand Six Hundred Fifty-eight Dollars ($3,658.00) before and without proper notice in writing or hearing, by so doing Plaintiff alleges and claims that the Defendants Etal have deprived Plaintiff of his 5th Amendment Rights to due process of law – U.S.C.A. Constitution Amendment 5, including violation of Title 42 U.S.C., Section 1983 deprivation of rights and privileges and violation of Title 42 U.S.C., Section 1985 (3) conspiracy and violation of Title 42 U.S.C., Section 2000 A @ withholding racial discrimination and interfering with Plaintiff's Income Tax refunds without investigating.

### Count 3

Plaintiff alleges that the Defendants Etal – Joshua Fishbein and Malcolm P. Bennett, made an agreement and conspired and withheld Plaintiff's December 1995 Federal Income Tax refunds in the amount of Four Thousand Twenty-four Dollars ($4,024.00), December 1996 Federal Income Tax refunds in the amount of Three Thousand Seven Hundred Sixty-nine Dollars ($3,769.00), December 1997 Federal Income Tax refunds in the amount of Three Thousand Six Hundred Fifty-eight Dollars ($3,658.00) before and without proper notice in writing or hearing, by so doing Plaintiff alleges and claims that the Defendants Etal have deprived Plaintiff of his 5th Amendment Rights to due process of law – U.S.C.A. Constitution Amendment 5, including violation of Title 42 U.S.C., Section 1983 deprivation of rights and privileges and violation of Title 42 U.S.C., Section 1985 (3) conspiracy and violation of Title 42 U.S.C., Section 2000 A @ withholding racial discrimination and interfering with Plaintiff's

Income Tax refunds without investigating.

### Count 3

Plaintiff alleges that the Defendants Etal – Joshua Fishbein and Malcolm P. Bennett, made an agreement and conspired and withheld Plaintiff's December 1995 Federal Income Tax refunds in the amount of Four Thousand Twenty-four Dollars ($4,024.00), December 1996 Federal Income Tax refunds in the amount of Three Thousand Seven Hundred Sixty-nine Dollars ($3,769.00), December 1997 Federal Income Tax refunds in the amount of Three Thousand Six Hundred Fifty-eight Dollars ($3,658.00) before and without proper notice in writing or hearing, by so doing Plaintiff alleges and claims that the Defendants Etal have deprived Plaintiff of his 5th Amendment Rights to due process of law – U.S.C.A. Constitution Amendment 5, including violation of Title 42 U.S.C., Section 1983 deprivation of rights and privileges and violation of Title 42 U.S.C., Section 1985 (3) conspiracy and violation of Title 42 U.S.C., Section 2000 A @ withholding racial discrimination and interfering with Plaintiff's Income Tax refunds without investigating.

### Count 4

Plaintiff alleges and claims that the Defendants Etal, April J. Sutton, the custodial parent falsified the paternal claim against Plaintiff for selfish interest and monetary gain. Plaintiff vehemently denies the paternal claim made against him by the Defendants Etal, custodial parent April J. Sutton, whereas she cashed the Plaintiff's check issued by his current employer and falsified the paternal claim against Plaintiff for selfish interest and monetary gain.

Plaintiff alleges and claims that the Defendants Etal enable and support the nefarious procedures and tactics set forth in this complaint.

### Count 4

Plaintiff alleges and claims that the Defendants Etal, April J. Sutton, the custodial parent falsified the paternal claim against Plaintiff for selfish interest and monetary gain. Plaintiff vehemently denies the paternal claim made against him by the Defendants Etal, custodial parent April J. Sutton, whereas she cashed the Plaintiff's check issued by his current employer and falsified the paternal claim against Plaintiff for selfish interest and monetary gain.

Plaintiff alleges and claims that the Defendants Etal enable and support the nefarious procedures and tactics set forth in this complaint.

### Count 4

Plaintiff alleges and claims that the Defendants Etal, April J. Sutton, the custodial parent falsified the paternal claim against Plaintiff for selfish interest and monetary gain. Plaintiff vehemently denies the paternal claim made against him by the Defendants Etal, custodial parent April J. Sutton, whereas she cashed the Plaintiff's check issued by his current employer and falsified the paternal claim against Plaintiff for selfish interest and monetary gain.

Plaintiff alleges and claims that the Defendants Etal enable and support the nefarious procedures and tactics set forth in this complaint.

In conclusion, Plaintiff is requesting a judgment against the Defendants Etal in the amount of One Hundred Million Dollars ($100,000,000.00) by demand from this court for said violations set forth in this complaint.

> Craig A. Greene
> 1551 Center Street
> Roslindale, MA  02131

This is to certify that Plaintiff has served the Defendants Etal a copy of this said document by U. S. Regular Mail.

*Craig A. Greene*
Craig A. Greene