## UNITED STATES FEDERAL DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

06CA11693EFH

Craig A. Greene
        Plaintiff

Vs.

Joshua Fishbein
D.O.R.C.S.E.
Malcolm P. Bennett
April J. Sutton % D.O.R.C.S.E.
I.R.S. Area Director
Alan Lebovidge, Commissioner
        Defendants Etal

### PLAINTIFF'S AMENDMENT TO THE COMPLAINT

Now comes the Plaintiff, Craig A. Greene and amends the complaint to include D.OR.C.S.E., I.R.S. Area Director, and April J. Sutton % D.O.R.C.S.E.

*/s/ Craig A. Greene*

Craig A. Greene
1551 Center Street
Roslindale, MA  02131

      This is to certify that Plaintiff has served the Defendants a copy of this said document by U.S. Regular Mail this __21st__ day of November 2006.

                                        Craig A. Greene